

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00709-CV

William B. **ELLARD**,
Appellant

v.

William D. **ELLARD**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13357
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant William B. Ellard.

SIGNED July 23, 2014.

_____
Patricia O. Alvarez, Justice